UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., <br> Plaintiff, <br> v. <br> MACARIO B. MONTOYA, <br> Defendant. | Case No. 15-cv-00136-JST <br><br> **ORDER VACATING HEARING** <br><br> Re: Dkt. No. 2 |

Before the Court is Petitioner UBS Financial Services Inc.'s Motion for Confirmation of Arbitration Award. ECF No. 2. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 9, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: March 31, 2015

_____
JON S. TIGAR
United States District Judge