UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACARIO B. MONTOYA,<br><br>　　　　Defendant. | Case No. 15-cv-00136-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING ACTION**<br><br>Re: ECF No. 27 |

　　　The Order to Show Cause issued May 7, 2015, ECF No. 27, is vacated.

　　　It having been established that this action is redundant of the action captioned UBS Financial Servs. Inc. v. Montoya, No. 14-mc-80124-WHA (N.D. Cal.), this action is dismissed with prejudice.

　　　The Clerk will close the file.

　　　**IT IS SO ORDERED.**

Dated: May 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge